IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN GRIFFIN, § | | |
| *Plaintiff*, § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 4:15-CV-03581 | |
| § | | |
| HARRIS COUNTY JUVENILE § | | |
| PROBATION DEPARTMENT, § | JURY TRIAL DEMANDED | |
| *Defendant.* | | |

**DEFENDANT HARRIS COUNTY JUVENILE PROBATION DEPARTMENT'S
NOTICE OF INITIAL DISCLOSURES**

Defendant, Harris County Juvenile Probation Department, by and through its counsel files this Notice of Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

Defendant Harris County Juvenile Probation Department hereby notifies this Court that Initial Disclosures have been made to all parties of record.

Dated:  February 4, 2016.

Respectfully submitted,

**/S/ Barbara A. Callistien**

OF COUNSEL:

VINCE RYAN
HARRIS COUNTY ATTORNEY

BARBARA A. CALLISTIEN
Senior Assistant County Attorney
State Bar No. 03664400
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone:  (713) 274-5134
Facsimile:  (713) 755-8924
barbara.callistien@cao.hctx.net

ATTORNEY FOR DEFENDANT
HARRIS COUNTY JUVENILE
PROBATION DEPARTMENT

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 4, 2016, a true and correct copy of **DEFENDANT HARRIS COUNTY JUVENILE PROBATION DEPARTMENT'S NOTICE OF INITIAL DISCLOSURES** in compliance with the Federal Rules of Civil Procedure was served electronically via the CM/ECF system to:

Shelly M. Davis-Smith
The Davis Law Firm
3100 Richmond Ave., Ste. 480
Houston, Texas  77098

<u>**/S/  Barbara A. Callistien**       </u>
BARBARA A. CALLISTIEN
Senior Assistant County Attorney

2