UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 29, 2016
David J. Bradley, Clerk

Steven Griffin, § 
§ 
Plaintiff, § 
§ 
versus § Civil Action H-15-3581
§ 
Harris County Juvenile Probation § 
Department, § 
§ 
Defendant. §

# Management Order

1. By April 15, 2016, Steven Griffin will give the County:

    A. His medical records for his treatment for gout and occipital neuroglia for 2013, 2014, and 2015.

    B. A list of every physician he has seen for the last ten year, including the date of treatment, where the facility is located, and why he sought treatment.

    C. His correspondence with the County.

    D. A declaration explaining why he missed work for each time the County docked his hours, including who he spoke to about his absence and any records he used to justify his absence.

    E. A list of every job he applied to after his termination.

2.  By April 15, 2016, the parties will submit a joint chronology of his employment.

Signed on March 29, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge