| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
April 19, 2016
David J. Bradley, Clerk

Steven Griffin, §
§
  Plaintiff, §
§
versus § Civil Action H-15-3581
§
Harris County Juvenile §
Probation Department, §
§
  Defendant. §

## Order On Dismissal

Having been advised that the plaintiff no longer wishes to pursue this matter, this case is dismissed without prejudice.

Signed on April 19, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge